

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/08/2020 09:30 AM

COURTROOM 9B

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:20-bk-02489-RCT | 7 | 03/23/2020 |

**Chapter 7**

**DEBTOR:** George Debidart

Carole Debidart

**DEBTOR ATTY:** C Violette

**TRUSTEE:** Traci Stevenson

**HEARING:**

Motion to Sell Property Free and
    Clear of Liens EXPEDITED HEARING
    REQUESTED re: 2045 FREDERICK DR,
    VENICE, FL 34292 by Trustee (Doc #28)

ELEPHONIC AAPPEARANCES:: Traci Stevenson: Trustee

**RULING:** Motion to Sell Property Free and Clear of Liens EXPEDITED HEARING
REQUESTED re: 2045 FREDERICK DR, VENICE, FL 34292
by Trustee   (Doc #28) - GRANTED; ORDER BY STEVENSON

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.